IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00215-F

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    JUAN LUIS TOVAR-RODRIGUEZ, a/k/a "Kali," a/k/a "Kaliche";
**2.    JULIO ORTIZ**;
3.    NAZARIO TOVAR-RODRIGUEZ, a/k/a "Chayo";
4.    JESUS ALBERTO VILLAR-GONZALEZ, a/k/a "Beto";
5.    KATHLEEN ELIZABETH RANALS, a/k/a "Katie"; and
6.    DEMETRIO SALAZAR-ISIORDIA, a/k/a "Guero"

     Defendants.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

A Notice of Disposition on behalf of Defendant Julio Ortiz was filed in the above matter on December 2, 2005.  A Change of Plea hearing is set for **January 6, 2006 at 8:30 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon on January 4, 2006.</u>**  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **The original and**

**one copy of these documents should be delivered to Judge Figa's courtroom**

**deputy in the courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F).**

DATED: December 5, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge