IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00215-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JUAN LUIS TOVAR-RODRIGUEZ, a/k/a "Kali," a/k/a "Kaliche";
2.    **JULIO ORTIZ**;
3.    NAZARIO TOVAR-RODRIGUEZ, a/k/a "Chayo";
4.    JESUS ALBERTO VILLAR-GONZALEZ, a/k/a "Beto";
5.    KATHLEEN ELIZABETH RANALS, a/k/a "Katie"; and
6.    DEMETRIO SALAZAR-ISIORDIA, a/k/a "Guero"

    Defendants.

---

### ORDER TO RESET CHANGE OF PLEA HEARING

---

    This matter is before the Court *sua sponte*. It is hereby

    ORDERED that the change of plea hearing on behalf of Defendant Julio Ortiz set for January 6, 2006 at 8:30 a.m. is RESET to January 6, 2006 at **3:00 p.m.**

    DATED: January 4, 2006

                                                   BY THE COURT:

                                                   *s/ Phillip S. Figa*
                                                   _____
                                                   Phillip S. Figa
                                                   United States District Judge